**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
___Richmond___ Division

In re:

    Bernadette Morris                          Case No.    10-32031-DOT

Debtor    (s)                                            Chapter 13

15238 Timsberry Circle

Chester, VA 23831

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any __4966__

**NOTICE OF MOTION**

Debtor(s), by counsel, have filed papers with the court for a Motion to Extend time to file Debtor's Certification of Compliance with 11 U.S.C. Section §1328.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sough in the motion (or objection), or if you want court to consider your views on the motion (or objection), then or before **September 11**, you or your y must:

- ☑ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                       Clerk of Court
                       United States Bankruptcy Court
                       701 E. Broad St.
                       Richmond, VA 23219

         You must also mail a copy to:

                       America Law Group, Inc.
                       2312 Boulevard
                       Colonial Heights, VA 23834

- ☐ Attend a hearing to be scheduled at a later date. You will receive a separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☐    Attend the hearing on the motion (or objection) scheduled to be held on [date & time] AM at the United States Bankruptcy Court, 701 E. Broad St, Courtroom , Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: September 4, 2013

    /s/ Richard J. Oulton
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Ph: 804-520-2428
VA State Bar No: 29640
Counsel for Debtor

Certificate of Service

I hereby certify that I have this September 4, 2013 mailed or sent by electronic means a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

/s/ Richard J. Oulton
Counsel for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

    Bernadette Morris                                          10-32031-DOT

    Debtor(s)                                                Chapter 13

***NOTICE OF TIME FOR FILING RESPONSE***

**NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule Number 1007 (c) of the Eastern District of Virginia, effective January 1, 1997, the Court may enter an Order without a hearing if no response is filed to this Motion within seven (7) business days after service by the debtor.**

**MOTION FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. § 1328**

Debtor(s), by counsel, move the Court and state the following:

1. A voluntary petition under the provisions of title 11 of the United States Code was filed herein on March 23, 2010.

2. At that time, the debtor(s) also filed a list of all creditors and their addresses.

3. The time to file the Debtor's Certification of Compliance with 11 U.S.C. § 1328 will expire on September 5, 2013.

4. For the following reasons the debtor(s) are unable to file the Debtor's Certification of Compliance with 11 U.S.C. § 1328 required by FRBP 1007 within the prescribed time:

   Attorney has had difficulty reaching the client to ensure they have read and signed the Debtor's Certification of Compliance with 11 U.S.C. § 1328.

WHEREFORE movants pray the Court for an Order extending debtor(s) time for filing the debtor's Certification of Compliance with 11 U.S.C. § 1328 until fourteen (14) days from the date of this motion.

DATE:  9/4/2013

Respectfully submitted:
Bernadette Morris
By Counsel


/s/ Richard J. Oulton   VSB #29640
Counsel for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834

804-520-2428

<u>Certificate of Service</u>

  I certify that on September 4, 2013, a copy of this NOTICE OF MOTION and MOTION FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFCATION OF COMPLIANCE WITH 11 U.S.C. § 1328 has been electronically mailed or sent via first-class mail, postage pre-paid, to Carl M. Bates, Chapter 13 Trustee, PO Box 1819, Richmond, VA 23218, and to The U.S. Trustee, 701 East Broad Street, Suite 4300, Richmond, VA 23219, and all other creditors and necessary parties.

<u>/s/ Richard J. Oulton</u>
Richard J. Oulton
Counsel for Debtor(s)
VSB #29640

# List of Creditors

**Arrow Financial Services**
5996 W Touhy Ave
Niles, IL 60714-0000

**Care Credit**
Ge Money Bank
PO Box 981439
El Paso, TX 79998-0000

**Central Virginia Health Serv.**
Po box 220
New Canton, VA 23123-0000

**Crossroads**
4510 Whitehill Blvd
Prince George, VA 23875-0000

**Equidata**
724 Thimble Shoals Blvd
Newport News, VA 23606-0000

**Fbcs**
841 E Hunting Park Ave
Philadelphia, PA 19124-0000

**Federal Credit Corp**
Po Box 599
Colleyville, TX 76034-0000

**Heilig Meyers**
22 Washington Street
Petersburg, VA 23803-0000

**Ista**
Po Box 660610
Dallas, TX 75266-0000

**Jefferson Capital Systems LLC**
PO BOX 7999
SAINT CLOUD MN 56302-9617

**Michael Wayne Investments**
6336 East Virginia Beach Blvd
Norfolk, VA 23502-0000

**Midland Funding LLC**
by American InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457

**Midland Funding LLC**
by American InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457

**Nco Fin /27**
Po Box 7216
Philadelphia, PA 19101-0000

**Palisades Collections, LLC**
Vativ Recovery Solutions LLC
As Agent For Palisades Collections, LLC

PO Box 40728  
Houston, TX 77240

**The Debt Law Group, Pllc**  
PO Box 5928  
Glen Allen VA 23058

**Verizon**  
Po Box 3397  
Bloomington, IL 61702-0000

**Verizon**  
PO Box 3037  
Bloomington, IL 61702-3037

**Verizon Virginia Inc**

500 Technology Dr  
Weldon Spring, MO 63304-0000

**Verizon Wireless**  
PO Box 3397  
Bloomington, IL 61702-3397

**Verizon Wireless**  
PO Box 3397  
Bloomington, IL 61702-3397